# Court of Appeals
# of the State of Georgia

ATLANTA,  November 18, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1966. GORDON v. DELAPERRIERE.

Upon consideration of appellant's motion to withdraw the appeal in the above styled case, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  11/18/2019*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*